# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | | |
|---|---|---|
| Christopher E. Druckenmiller<br>    *Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Case No.   3:17-cv-00006-DJH |
| RentDebt Automated Collections, LLC *et al.*<br>    *Defendants* | )<br>)<br>)<br>) | |

### NOTICE OF SETTLEMENT

Please take notice that Plaintiff, Christopher E. Druckenmiller, has reached a settlement with defendant RentDebt Automated Collections, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. This notice is not intended to affect, and does not affect, Plaintiff's claims against any other Defendant in this action.

Respectfully submitted,

/s/ James H. Lawson
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Christopher E. Druckenmiller*

## **CERTIFICATE OF SERVICE**

      This is to certify that I filed the foregoing via the Court's CM/ECF system on this 25th day of January, 2017, which will send a Notice of Electronic Filing to all counsel of record.

                /s/ James H. Lawson
                *Counsel for Plaintiff*
                *Christopher E. Druckenmiller*