UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| CHRISTOPHER E. DRUCKENMILLER,<br>       Plaintiff,<br><br>vs.<br><br>RENTDEBT AUTOMATED COLLECTIONS, LLC; FIRST ASSOCIATES LOAN SERVICING, LLC; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC;<br>       Defendants. | CASE NO. 3:17-cv-00006-DJH-DW<br><br>**ELECTRONICALLY FILED**<br><br>Judge David J. Hale<br>Magistrate Judge Dave Whalin |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY**

Plaintiff Christopher Druckenmiller ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, without prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: February 16, 2017

/s/James H. Lawson (with consent)
James H. Lawson, Esq.
Lawson at Law, PLLC
115 South Sherrin Avenue, Suite 4
Louisville, KY  40207
Telephone:  (502) 473-6525
Fax:  (502) 473-6561
E-Mail:  james@kyconsumerlaw.com
*Counsel for Plaintiff Christopher Druckenmiller*

Date: <u>February 16, 2017</u>　　　　　　　　<u>/s/ Heather M. Shumaker</u>
William R. Brown, Esq. (IN #26782-48)
Heather M. Shumaker, Esq. (IN #28340-49
　(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
　　　　　hshumaker@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **16th day of February, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| James H. Lawson, Esq. <br> james@kyconsumerlaw.com | John Michael Williams, Esq. <br> williams@rwktlaw.com |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **16th day of February, 2017**, properly addressed as follows:

| None. | |
|---|---|

     *s/Heather M. Shumaker*
William R. Brown, Esq. (IN #26782-48)
Heather M. Shumaker, Esq.  (IN #28340-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         hshumaker@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*