IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| CHRISTOPHER E. DRUCKENMILLER, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 3:17-cv-00006-DJH-DW |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant, Equifax Information Services LLC ("Equifax") and Plaintiff Christopher E. Druckenmiller hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before May 22, 2017.

Dated: April 20, 2017.

By: */s/ James H. Lawson*
James H. Lawson
Credit Defense Attorneys, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Email: james@kyconsumerlaw.com
*Attorneys for Plaintiff Christopher E. Druckenmiller*

By: /s/ *John M. Williams*
John M. Williams
Rajkovich, Williams, Kilpatrick & True, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, Kentucky 40513
Tel: (859) 245-1059
Fax: (859) 245-1231
williams@rwktlaw.com
*Attorneys for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I certify that on April 20, 2017, I served the foregoing paper by filing the same with the Clerk of the Court using the CM/ECF System, which will send electronic notice of same to the following counsel of record:


James H. Lawson
Credit Defense Attorneys, PLLC
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Email: james@kyconsumerlaw.com
*Attorneys for Plaintiff*

Dated: April 20, 2017.

                                                                    */s/ John M. Williams*